**Perry Michael ENGEL, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

Supreme Court of Pennsylvania.

June 4, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 4th day of June, 2004, probable jurisdiction is noted and the order appealed is affirmed.